USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts Southern District of Texas

FILED

*April 6, 2023*

Filed Nathan Ochsner, Clerk of Court

No. **4:23-cr-00151**

Judge: **Bennett**

HOUSTON DIVISION

USAO Number:

Magistrate Number:

CRIMINAL INFORMATION

UNITED STATES of AMERICA

vs.

CLIPPER SHIPPING

ATTORNEYS:

**ALAMDAR S. HAMDANI**   **(713) 567-9000**

PHILIP H. HILDER   (713) 655-9111

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct 1: Title 33, United States Code, Section 1908(a) & Title 33, Code of Federal Regulations, Section 151.25(a), (d), (g) (h), and (j).

PENALTY: Not less than 1 year and not more than 5 years probation; a fine not to exceed $500,000 or not more than the greater of twice the gross gain or twice the gross loss, whichever is greatest; $400 special assessment.

☐ In Jail
☐ On Bond
☒ No Arrest

NAME & ADDRESS of Surety:

PROCEEDINGS: