United States District Court
Southern District of Texas
**ENTERED**
July 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ' |
| | ' |
| v. | '   CRIMINAL NO. 4:23-cr-00151 |
| | ' |
| CLIPPER SHIPPING A.S., | ' |
|     Defendant. | ' |

## ORDER

In anticipation of Defendant, Clipper Shipping A.S., pleading guilty to a single count Information charging Defendant with a knowing failure to accurately maintain an Oil Record Book on the Motor Tanker ("M/T") Clipper Saturn in violation of the Act to Prevent Pollution from Ships, Title 33, United States Code, Section 1908(a); defendant wishes to deposit funds with the Court's Registry, and the United States agrees.

The Court, therefore, authorizes Defendant, to deposit funds into the Court's Registry to be used toward its fine in this case.

Any payments should be made payable to "Clerk, U.S. District Court" and brought to 515 Rusk Street, Houston, Texas 77002, or mailed to P.O. Box 61010, Houston, Texas 77208. The cause number, 4:23-cr-00151 and the Defendant's name should be included on the check to assure that proper credit is received.

The Court further **ORDERS** the Clerk of the U.S. District Court is authorized to accept funds deposited by Defendant and to hold the funds in the Court's Registry until the Court further orders.

Signed in Houston, Texas on this 31st day of July, 2023.

_____
Hon. Alfred H. Bennett
UNITED STATES DISTRICT JUDGE

3